IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONALD R. GREMPLER,            :

   Plaintiff                :

v.                             :       CASE NO. WMN-08-cv-1400

MARY BELL GREMPLER, et al.,    :

   Defendants
                               :

## STIPULATION OF
## VOLUNTARILY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to the voluntary dismissal of this action by Plaintiff, without prejudice.

/s/ DONALD R. GREMPLER
Plaintiff

/s/ MARY BELL GREMPLER
Defendant

/s/ JAMES GREMPLER
Defendant

/s/ J. CALVIN JENKINS, JR., TRUSTEE
JAMES GREMPLER FAMILY TRUST
Defendant